# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ANTONIO RAMIREZ RODRIGUEZ, | ) | No. CV 18-10500-CBM (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JOE LIZARAGA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 12, 2019

_____
HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE